UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MidCountry Equipment Finance, a division of MidCountry Bank, a federally chartered savings bank organized and existing under the laws of the United States of America,

    Plaintiff,

v.

Auto Trans Group, Inc. and Violet Mihaylova,

    Defendants.

Civil No. 17-1744 (DWF/BRT)

**ORDER FOR CIVIL CONTEMPT AND FOR IMMEDIATE ENTRY AND DOCKETING OF MONETARY JUDGMENT**

The above-captioned matter came on for hearing before the Court on September 11, 2017, in accordance with the Court's Order dated August 31, 2017 (Doc. No. [21]) and upon Plaintiff's motion for judgment on the pleadings or, in the alternative, summary judgment.

Joshua A. Hasko, Esq., appeared on behalf of Plaintiff. No other parties, or counsel, appeared at the hearing.

Based upon all the files and records herein, together with the arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1.    Defendant Violet Mihaylova and Auto Trans Group, Inc. and its officers, agents, servants, directors, employees, affiliated entities, and those persons in active concert or participation with any of them, are in civil contempt of this Court's August 4,

2017 and August 31, 2017 Orders.  This Court hereby issues a Warrant for the Defendants' arrest.  *This provision will be stayed until September 18, 2017, to afford Defendants an opportunity to comply with Paragraph 2 of this Order*;

2. Defendants are ordered to immediately comply with this Court's August 4, 2017 and August 31, 2017 Orders and deliver the equipment (identified in the August 4, 2017 Order) to a location designated by Plaintiff.  Defendants will endeavor to cooperate with Plaintiff's efforts to recover the equipment.  Delivery of the equipment shall be made by September 14, 2017;

3. Plaintiff's motion for Judgment on the Pleadings, or in the alternative Summary Judgment, (Doc. No. [22]), is hereby **GRANTED**;

4. Monetary judgment in the amount of $245,530.02 is awarded in favor of Plaintiff and against Defendants Auto Trans Group, Inc. and Violet Mihaylova, jointly and severally.  The Clerk of Court is authorized to immediately enter and docket this judgment;

5. Plaintiff shall be permitted to submit a supplemental affidavit for additional attorney fees, costs, and fees arising out of Defendants' default, collection, repossession and resale, or other entitlement of the judgment as provided in the Lease Agreement at ¶25.  If there is a sale of the equipment identified in the August 4, 2017 Order, Plaintiff may include a partial satisfaction of the judgment in the amount of net sale proceeds, less all costs, fees, and attorney fees incurred with recovery and sale of the equipment.

6. The Court directs the U.S. Marshals Service to personally serve Defendants at the following locations:

>	Auto Trans Group, Inc.
>	825 Seegers Road
>	Suite H
>	Des Plaines, IL 60016
>
>	Violet Mihaylova
>	301 N. Catalpa Street
>	Addison, IL 60101

Or to serve via e-mail service. Service will also be effective if served by Plaintiff's counsel via U.S. Mail or e-mail on Defendants or their counsel.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 11, 2017              s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       United States District Judge